RECEIVED

MM,J

AUG 2 2 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

JERMAINE BROOKS

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.　　　　　　　　　Case No: 13C5285
　　　　　　　　　　　　(To be supplied by the Clerk of this Court)

Mike Miller/Director

FRANK Arce /Adm Commander

Victor Thomas/superintendent

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:　　　　　**AMENDED COMPLAINT**

✔　　　**COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____　　　**COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____　　　**OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

   A.   Name: Jermaine Brooks

   B.   List all aliases: N/A

   C.   Prisoner identification number: J.C.DC #446974 C.C.Doc. 20110407064

   D.   Place of present confinement: J.C.DC

   E.   Address: 3050 Justice Way Kankakee IL 60901

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
      (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A.   Defendant: Mike Miller

        Title: Director of cookcounty Jail

        Place of Employment: Cook County Jail ~~interant of cook county jail~~

   B.   Defendant: Victor Thomas No longer a supt in Div #9

        Title: Superintendent

        Place of Employment: Cook County Jail

   C.   Defendant: frank Arce

        Title: Commander at that time

        Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                          Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: *Jermaine Brooks V. Thomas et al.* BC5285 - 8/1/13, Brook V. White, 1:12-cv-02392 *Brooks V. Croft et al* 1:12-cv-06552, Brook V. Frank Johnson et al #1:13-CV-00261

B. Approximate date of filing lawsuit: _Cannt remember the rest of dates_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

D. List all defendants: _White, Crot, Sable, Johnson, Miller, Arce, and thomas._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District Federal_

F. Name of judge to whom case was assigned: _James B. zagel_

G. Basic claim made: _Religious Dietary. Excessive force, excessive force Violation of Constitutional Rightsdue process and Equalprotection of the law_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Pending as of Now_

I. Approximate date of disposition: _don't Know for sure yet_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

# INTRODUCTION

This action is brought seeking redress for Violations of the plaintiff's rights under the Eighth and Fourteenth Amendment to the Constitution of the United States of America and for Violations of Illinois Common law. Specifically, plaintiff is seeking damages which resulted in intentionally Atypical and significant hardship, depriving plaintiff Brooks rights under the due process of the law, and Equal protection of the law of the US. Constitution Of the Eighth, and Fourteenth Amendment of united states of America and pursuant to 42 U.S.C. §1983 to redress the deprivation under the Color of law.

## JURISDICTION AND VENUE

This court has original Jurisdiction over this matter pursuant to 28 U.S.C. §1331 and §1343(a)(3), as the federal claims are brought under 42 U.S.C. §1983. Venue is proper pursuant to 28 U.S.C. §1391(b), as all of the parties reside in the Northern District of Illinois and the events giving rise to the claim occurred in this district. The court has supplemental Jurisdiction over the plaintiff's state law claims pursuant to 28 U.S.C. §1367(a), as the claims arise out of the same nucleus of operative facts.

( EXHIBITS pages 11-15 )
( MEMORANDUM of LAW 16-22 )

(2)

INDIVIDUAL AND OFFICE CAPACITY
"COLOR OF LAW"

At all time relevant to the Complaint Mike Miller were acting under Color of law, in his individual and official "Miller" is being Sued in his official and individual Capacity.

At all time relevant to the Complaint frank Arce were acting under Color of law, in his individual and official "Arce" is being Sued in his individual and offical Capacity.

At all time relevant to the Complaint Victor Thomas were acting under Color of law, in his individual and official "Thomas" is being Sued in his individual and official capacity.

COLOR OF LAW

At all times Miller, Arce, and Thomas were acting under the color of law.

(3)

(Statement of claim pg 4 to 10)

1. plaintiff Jermaine Brooks is a pretrial Detainee that is under the Jurisdiction of Cook County Department of Corrections awaiting trial, plaintiff Brooks was housed in Division Nine(9) Which is classified as a MAX Division in Cook County Jail.

2. plaintiff Brooks was in Administration Confinement on or around end Jan, 2013 when the Superintendent victor thomas Denied plaintiff his rights Equal Protection & Due process, alone with Defendant frank Arce and Dir. Miller. which Defendants was under the color of State Law

3. Plaintiff Brooks has tried to talk to superintedent thomas about him taking the privileges and the rights that he had threw State law and federal law, plaintiff asked Defendant thomas why was he not given any type of Notice or hearing before he took his rights of Visitation, and restricted them, plaintiff was always getting a smart remark from defendant Thomas which plaintiff then started writing complaints that where never responded to. out of all the complaints plaintiff filed Non whereever answered nor responded to by the Defendants which Grievances where given to Defendant Arce and Miller and There Social worn in Div.9 by the name of Robert Jewel gave Thomas Grievances from plaintiff please refer to Exhibit. A, B, C, D.

4. plaintiff Brooks privileges and rights was Curtailed without any type of notice or hearing or any of the required procedural due process protection which plaintiff have a legitimate claim of entitlement to it under the united States constitution which plaintiff have been deprived an already acquire life, liberty and property interest in which it was established under statute 20 Ill. Adm. Code that provide rules and regulations for pre trial Detainees in order to protect there Constitution rights, and for order and Security in a pretrial Detainee facilities.

5. plaintiff was not treated the same as the other pretrial Detainees
that was in the same Administrative Confinement unit, status, and
Max level as plaintiff Brooks, while the other detainees was allowed
to get Visitation without being deprived punished, which plaintiff Brooks
was intentionally deprived equal protection of the law, and informed
Defendant Thomas was aware of the law that was brought
to his attention but refused to act on it. Defendants Miller, and Arce
also Refuse to do anything about the situation when it was brought to
there attention by plaintiff.

6 plaintiff was singled out by Defendant Thomas, and Defendants
Thomas disregarding the law by setting an unwritten policy towards
Plaintiff without No due process of the law, which plaintiff have
entitlement to Before plaintiff rights or privileges are taken away.
How ever the Illinois Administrative Code have created a Visitation
right as applied to County detention facilities. See 20 Ill. Adm.
Code 701.200 which created a liberty intrest that's protected by the
due process clauses of the Fifth and Fourteenth Admindment, and equal
protection of the law from the Defendants unlawful practises, policies
, and customs which infact are defacto.


7. plaintiff know that the rights of Pretrial Detainees are limited. plaintiff Still
have rights under the u.s. Constitution that can not be Curtailed which has
already been established. plaintiff rights was Violated when defendants
Curtailed plaintiff right and privileges without benefit of a hearing
or any of the required procedural due process protections

(5)

8. Defendants Denied plaintiff The privilege of Commissary Which Detainees that was in the same status, unit, and classification as plaintiff, Which Defendant Thomas knew that plaintiff was being deprived this privilege in the form of punishment by not following the established Rules and Regulations that must be followed, under 20 Ill. Adm. Code § 701. 250(d). And All pre-trial detainees must be treated equally under the color of law.

9. Defendants didn't follow state law and instead inflicted unlawful Practices and a Policy that ~~intentionally~~ Denied plaintiff Equal protection rights Which Constitute a Violation of plaintiff Constitutional right. Plaintiff was able to purchase what he wanted from Commissary Just like the Detainees who was in the same unit, status, and classification as Plaintiff for over two years Intil plaintiff was deprived the privilege without Notice or any safeguards.

"TELEPHONE"

10. plaintiff was Denied punitively Effective & Reasonable Communications with Legal aid Organizations Which plaintiff is Pro se in on going pending cases in the u.s. Courts Plaintiff also has pending criminal cases Which plaintiff Needed the Ability to Communications with his attorney to assist in certain extremely important pre-trial motions before the Court. Thomas, Arce, and miller's actions Are not Based on any legitimate safety or security concerns of the facility.

11. Thomas Miller Re-programmed the day room Telephones utilized by plaintiff on the tier in such a way that once the Plaintiff entered his access code, to place an ongoing Collect Call, The Call automatically disconnects after only five (5) Minutes, and the plaintiff is blocked from placing an additional Call (five Minutes also) until after the following Sunday.

12. The Due process Clause, Alone with the Equal protection Clause, does not Authorize/Allow the above named defendants to selectively and Arbitrarily Impose the minimum telephonic Access, established by the County Jail standards Act upon the plaintiff, and the other 10,000 to 15,000 pre-trial detainees, and the pre trial detainees that's in the Same max Classification, status and unit are allowed to utilze the detainees Telephone in a unlimited Manner, while in the day room/Common Area.

13.
The plaintiff has not violated any telephone rules, and does not have, Nor has he Ever had, any restriction placed upon him by the pre-trial Detainee disciplinary hearing board, for any telephonic related rule Violation. The Illinois Administrative Code 701.190 County Jail standards-Telephones; Authrizes restrictions of pretrial-Will Detainee use of the telephone to communicate with family and friends, By county Jail officials, If a pre-trial detainee Violates an established telephone Rule.

14.
In such cases, the detainee is issued a written Violation for breaking a Telephone rule, The department of Corrections detainee Disiplinary hearing board Conducts a hearing, and if the detainee is found by that board to have violated an Established rule relating to his/her telephone, then those telephone privileg Can be restricted for a period of no more t. 29 Days.

(7)

Cont.

14 The Illinois Administrative Code, County Jail Standard Act, 20 Ill. Code 70l.190 Imposes minimum requirement upon County Jail officials, relating to pre-trial detainees Access to telephones, to contact their family & friends.

15 (No minimum or maximum can or has been placed upon a pre-trial detainees telephonic Communications with his Attorney.) That minimum requirement is; at least (1) one call per week - 70l.190(A), for at least (5) five minutes - 70l.190(c). This minimum requirement, when read in conformity with the entire section (70l.190) along with the Section of the county Jail standard Act regulating Discipline of pre-trial detainee's who violate County Jail Rules, (70l.160) It becomes Clear, that the Act, does not authorize the once a week, five minute telephone Call minimum to Apply arbitrarily to individual pre-trial detainee as capricious retaliatory punishment.

16. The united states supreme court has ruled that unreasonable access to telephones for pre-trial detainees to communicate with their attorneys is a violation of that detainees united states Constitution Rights, and Equal access to the Courts.

17. As a direct result of Defendants actions, and non-adherence to the law and rules of the 20 Illinois Administrative coDe, the plaintiff has, and will continue to suffer Irreparable damages and be subjected to unconstitutional interferances with rights to effectively communicate by telephone with his attorneys and legal assistance organizations, which will severely harm his ability to prepare a defence to the criminal Cases, and prevent the plaintiff from providing his counsel with time sensitive

(8)

17.     Information, between court appearances, which will assist in the pre-trial motions period, and trial phase-plaintiff also have civil cases that's pending in the Northern District Courts Which he's pro se in them matters which plaintiff needs direct contacts while in seeking discovery.

18. The plaintiff will also be hindered in the ability to promptly handle his numerous civil matters that's pending, thus unfairly and unconstitionally restricting the plaintiff access to the courts.

19. The plaintiff has shown through this complaint that he was denied, deprived his rights to be free from the arbitrary, and inflicted punishment That Defendants has unlawfully placed upon plaintiff which the Defendants have a clear duty to Act;

20. The defendants are prohibited by the due process clause, and Equal Protection clause, from imposing on the plaintiff unconstitutional, Arbitrary, Capricious, and punitive limitations on the plaintiff's telephonic communication with his attorney's and legal assistance organizations, which Defendants has absolutely no safety or security of the Institution/Jail Rational, nor any other reason to violate plaintiff Constitutional Rights, While permitting Detainees that was in the same status, unit, and classification as plaintiff also, plus the 10,000 thousand plus pretrial Detainees to utilize the detainees telephone in an unlimited, and unrestricted manner, as detailed in the above.

21.

The Defendants have clear Authority and access to detainees telephone System, to program the telephones in the Division and each unit threwout the Cook county Div 9, so that the telephones allows the plaintiff telephone Calls to be for fifteen (15) minuted durations and not limited to once a week, Just like the Detainees which are in the same unit, status, and classification who was allowed to utilize the telephone unlike the plaintiff who suffered Punishment and unconstitutional ARbitrary, Capricious, and punitive limitation intentionally and Knowingly of the fact of plaintiff Constitution rights under the UNITED STATES OF AMERICA. Being violated after plaintiff Made the defendants Aware that his rights were being violated, verbally and threw writting grievances which explained the rights of plaintiff was Being violated. Which there were no responses, and plaintiff Grievances was handled in the same manner As his Constitutional Rights was in this Claim as explained in each paragraph. 1-23

22.

The plaintiff has Exhaust all ordinary remedies and has no other adequate Remedy available; which plaintiff has written several pre-Trial Detainee grievances about the above Matter, which where given to Defendant Thomas, miller, and Arce, all of whom, have refused to respond to the plaintiff grievances which where given to Defendants by the social worker of Div. 9 who's signature are on the Exhibits thats in this claims please refer to Exhibit "A", "B", "C", "D"

23.

Defendants misrepresent the fact that what they intentially inflicked on plaintiff was unconstitutional instead Defendants try to Justify why the unlawful Policies, Practicies that was inflicted on plaintiff was Justified in there Judgement on the pleadings instand of misrepresentation. of the law which is not litegation

it deceitfulness, The states attorney for the Defendants Know the law but try to manipulate it. But the law still stand without deceitfulness, manipulation or Justifications of violating the law. (10)

Need control number

EXHIBIT A

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

CONTROL #

N/A

| ! This section is to be completed by Program Services staff - ONLY ! | *(! Para ser llenado solo por el personal de Program Services !)* |

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: DIV 9
☒ OTHER: _____

## INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):* Jermaine Brooks

PRINT - FIRST NAME *(Primer Nombre):* Jermaine Brooks

ID Number *(# de Identificación):* 20110407064

DIVISION *(División):* 9

LIVING UNIT *(Unidad):* 1-F

DATE *(Fecha):* 4,5,13

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE: — Date of Incident — Time of Incident — Specific Location of Incident
*(Por Favor, Incluya:* — Fecha Del Incidente — Hora Del Incidente — Lugar Específico Del Incidente)

I'm writing this Complaint due to Visits being restricted
I Detainee Brooks has Not violated any rules that Cause
for My Visits to be restricted Nor have I been given any
notice or process of Why My Visits has been restricted.

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitado):* I'm asking that the restrictions
be took off of My Visiting

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información):* Supt Thomas. Adm Commander frank Akce

INMATE SIGNATURE *(Firma del Preso):*

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print):

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECIEVED: 4-9-13

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED: _____

(FCN-47)(NOV 11)          (WHITE COPY – PROGRAM SERVICES)     (YELLOW COPY – CRW/PLATOON COUNSELOR)     (PINK COPY – INMATE)

(11)

*I Need* Exhibit "B"

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ GRIEVANCE  ☒ NON-GRIEVANCE (REQUEST)

CONTROL #

N/A

**! This section is to be completed by Program Services staff - ONLY ! (¡ Para ser llenado solo por el personal de Program Services !)**

### GRIEVANCE FORM PROCESSED AS:

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

### REFERRED TO:

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: Div 9 Supt

☐ OTHER: Prog Serv

## INMATE INFORMATION (Información del Preso)

PRINT - INMATE LAST NAME (Apellido del Preso): **Brooks**

PRINT - FIRST NAME (Primer Nombre): **Jermaine Brooks**

ID Number (# de identificación): **20110407064**

DIVISION (División): **9**

LIVING UNIT (Unidad): **1-F**

DATE (Fecha): **5/26/13**

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:   Date of Incident   Time of Incident   Specific Location of Incident
(Por Favor, Incluya:   Fecha Del Incidente   Hora Del Incidente   Lugar Específico Del Incidente)

I'm writing this complaint due to being denied access to the Courts and Legal Aid organization I am the Lawyer WHo's representing MySelf iN the ongoing Litigation in the Northern and Central District of Illinois I am being denied the access required to insure a reasonably adequate opportunity to present Claimed Violations of fundamental Constitutional rights to the Court by denying Me access to a NonmonitoreD phone call to My Legal Aid organization The phones on 1-F are monitored and only allow you to Make 1 five min Phone Call a week which is also a Constitutional Violation of My Rights No Notice of process is a Violation."

ACTION THAT YOU ARE REQUESTING (Acción que esta solicitado): I'm asking that I be allowed access to the Courts by given Me the opportunity to Consult with My legal Aid organization in the Preparation of My Claims on a Nonmonitored Phone Line.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o presos que tengan información:)
All detainees Tiered on 1-F as of the 5/26/13

INMATE SIGNATURE (Firma del Preso):

**SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

CRW/PLATOON COUNSELOR (Print): **R. Jewell**

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECIEVED: **5/28/13**

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:

(FCN-47)(NOV 11)   (WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

(12)

*Process A's Grievance*
*Need Control Number*

Exhibit "C"

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

N/A

! This section is to be completed by Program Services staff - ONLY ! *(¡ Para ser llenado solo por el personal de Program Services !)*

**GRIEVANCE FORM PROCESSED AS:**
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**
☐ CERMAK HEALTH SERVICES
☒ SUPERINTENDENT: DIV. 9
☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

| PRINT INMATE LAST NAME *(Apellido del Preso):* | PRINT FIRST NAME *(Primer Nombre):* | ID Number *(# de identificación):* |
|---|---|---|
| Brooks | Jermaine | 20110407069 |
| DIVISION *(División):* 9 | LIVING UNIT *(Unidad):* 1-F | DATE *(Fecha):* 5/24/13 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:   Date of Incident   Time of Incident   Specific Location of Incident
*(Por Favor, Incluya:    Fecha Del Incidente    Hora Del Incidente  -   Lugar Específico Del Incidente)*

ON 5/24/13 during Commissary pass out the officer Working the tier 1-F Div 9 to me and All other Detainee's that Was expecting Commissary that the Supt Victor Thomas told them that Me and the other detainees Could Not have any food Items and that we Where only getting cosmetics, Div 9 1-F detainees has been allowed to receive Commissary Food Items over 2 years Now" Supt victor Thomas is Known to have a personal problem with detainee Brooks because of pending law suit against Supt Victor Thomas and the things that's been said by supt victor Thomas to detainee Brook, Should Not Interfer with my commissary privilege, I have Not Violeted any rules or offences which resulted IN a adjustment Committee hearing that has taken my Commissary privileges away" NOR have I or any other detainees received any Notice, Memo or process that is required in order to take privilege there's also Nothing which reasonably related to A "legitimate penological" Interest.

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitada):* That I be allowed the privilege of going to Commissary for Food Just like every one Else And in order for My To Be denied that Right. I be given proper Notice. I ask that My Due process procedural process Not be Viol.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: 5/24/13 | INMATE SIGNATURE *(Firma del Preso):* |
|---|---|
| *(Nombre del personal o presos que tengan información:)* All Detainee's and s/o's That's Assigned to 1-F Div9 | *(signature)* |

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| K. Sewell | Jell | 5/28/13 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | / / |

EXHIBIT "D"



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

(I) CONT
ON
Pg 2

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

N/A

| I This section is to be completed by Program Services staff - ONLY I   (! Para ser llenado solo por el personal de Program Services !) |
|---|

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☑ SUPERINTENDENT: _____

☐ OTHER: _____

| INMATE INFORMATION *(Información del Preso)* |
|---|

PRINT - INMATE LAST NAME *(Apellido del Preso):*
BROOKS

PRINT - FIRST NAME *(Primer Nombre):*
JERMAINE

ID Number *(# de identificación):*
20110407064

DIVISION *(División):*
9

LIVING UNIT *(Unidad):*
F

DATE *(Fecha):*
7 / 21 / 13

| INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):* |
|---|

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:     Date of Incident   –   Time of Incident   –   Specific Location of Incident
*(Por Favor, Incluya:   Fecha Del Incidente – Hora Del Incidente  –  Lugar Específico Del Incidente)*

I'm writing this Complaint due to being on I-F Div 9 which
is labled I the level system Short for Administative
Confinement I dont have any discipline Status which would
qualify me to be denied all of My Due Process Rights of the
Fourteenth Amendment which prohibits a state from depriving
Any person of life, liberty or property without due process of the
law I'm on the lower level of administrative confinement which
a Detainee is placed on when first entering the level system for
disciplinary reason which deprive me of my due process Rights that
been denying me my full commissary visiting and Telephone

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitado):*   I'm demanding my constitutional Rights
of due process of the law and equal protection of the
law to be allowed to I-F and be restord My privleges and Right

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información:)*
Director Thomas Frankarce

INMATE SIGNATURE *(Firma del Preso):*
Brooks

| SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION. |
|---|

CRW/PLATOON COUNSELOR (Print):
K. Jewell

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECIEVED:
7 / 25 / 13

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:
/ /

(FCN-47)(NOV 11)        (WHITE COPY – PROGRAM SERVICES)        (14)    (YELLOW COPY – CRW/PLATOON COUNSELOR)        (PINK COPY – INMATE)

EXHIBIT "D"

(2)

P9 2

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

**! This section is to be completed by Program Services staff - ONLY !   (! Para ser llenado solo por el personal de Program Services !)**

### GRIEVANCE FORM PROCESSED AS:

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

### REFERRED TO:

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):*
**BROOKS**

PRINT - FIRST NAME *(Primer Nombre):*
**Jermaine**

ID Number *(# de identificación):*
**20110407064**

DIVISION *(División):*
**9**

LIVING UNIT *(Unidad):*
**1-E**

DATE *(Fecha):*
**7 / 21 / 13**

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podrá re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:   Date of Incident   –   Time of Incident   –   Specific Location of Incident
*(Por Favor, Incluya:   Fecha Del Incidente   –   Hora Del Incidente   –   Lugar Específico Del Incidente)*

@ Rights and privileges for No reason at all without any notice or process. There is a Higher level in this Administrative confinement where All of your privileges are given back which is on 1-E Div 9 This is where I should have been placed which I've requested to the superintendant of division 9 And have been told No. with being denied my due process Rights since The End of Jan 2013

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitado):*
I'm demanding my Constitutional Rights of due process of the law and equal protection of the law To be moved to 1-E and be restored my privileges and Rights back

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información:)*

INMATE SIGNATURE *(Firma del Preso):*

**SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

CRW/PLATOON COUNSELOR (Print):

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECIEVED:
_____ / _____ / _____

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:
_____ / _____ / _____

(FCN-47)(NOV 11)   (WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

(15)

MEMORANDUM OF LAW

(unlawful Restrictions on pretrial Detainee's)
(Liberty INtrest Detainee's maintain
(Established Due Process and Equal Protection gurantees)

plaintiff Jermaine Brooks have a Liberty intrest in Visitation
"Illinois law provides that the Illinois Department Corrections
Shall permit every Person to receive visitors...730 Ill. Comp
Stat. 5/3-7-2(f)

Today Whether an intrest is a right or a privilege, When it is
Intentionally denied, procedural due process, must be afforded
GoldBerg V. Kelly (1970). See Wolf V. McDonnell also, 20 Ill Adm.
Code $701.700 (2012)

visiting rights under state law.
PRisoners, either Convicted or pretrial has a protections
against deprivation see Rivers V. New York City Department
Dep't of Correction, 24 Misc. 3d 536, 540, 876 N.Y.S. 2d 631 SyPCt.2009
241 (2d Cir. 1989)
also See Kozlowski V. Coughlin, 871 F. 2d

Plaintiff privilege to Visitation was taken away unlawfully
Which any time the state Creates prison Conditions that are so
extreme as to be atypical and significant by comparison to ordinary
Conditions, there is a state-Created liberty intrest, even if those
Statutes and regulations would not have Created a liberty interest under the
pre-Sandin analysis. Which because plaintiff was in a Super Max Division
and in a level system Administrative Confinement that was not ordinary
Comparison to the normal Condition in prison. quoting Sandin. Look at
wilkinson, 545 U.S. at 222 (emphasis supplied).

plaintiff is a pretrial Detainee and have a liberty interest in avoiding
Punishment. Surprenant. V. Rivas, 424 F. 3d 5,17 (1st Cir. 2005); Holly-v. wolfolk,
415 F. 3d 678,679-80 (7th Cir. 2005)(noting holdings that any nontrivial
Punishment of a person not yet convicted is a sufficient deprivation
of liberty to entitle him to due of law");

(16)

Gilbert V. Frazier, 931 F.2d 1581, 1582 (7th Cir. 1991); Green V. Ferrell, 801 F.2d 765, 768-69 (5th Cir. 1986) (holding that punishment always implicates a liberty interest because the requirement of guilt is a substantive limit on official discretion). See Sher V. Coughlin, 739 F.2d 77, 81 (2d Cir. 1984); Hewitt v. Helms, 459 US 460, 468, 470-72, 103 S. Ct. 864 (1983).

Under the due process clause, pre-trial detainees cannot be punished (Bell V. Wolfish) They can only be detained to ensure their presence at trial, and subjected to rules and restriction that are reasonably related to Jail management and security Bell V. Wolfish 441 US. at 540.

plaintiff was deprived his Constitutional Rights of Due process, and equal Protection of the law. In Carolene products Co., United States V., 304 U.S. 144, 58 S. ct. 778, 82 L. Ed. 1234 (1938), 198, 215, 286, Which in fact are Similar in plaintiff case. in us. V Carolene the process ordinarily to be relied upon to protect minorities was curtailed due to the processes for redressing injury where closed to them because of prejudice which damage by Judgement or action. In Plaintiff Claim he was denied to of the process ordinarily to be relied upon. which defendants in the case deprived Plaintiff of his rights with out any process for redressing, and Which defendants inflicted punishment by singling plaintiff out, These actions caused plaintiff Constitutional rights to be Violated

However "Illinois law provides that the Illinois Department of Correction "Shall permit every Committed person to receive Visitors.". 730 Ill. Comp stat. 5/3.-7-2 (F) Nothing in this paragraph states that the Defendants May take away such privileges to a Pre-trial Detainee without first giving him the charges of any visit Violation as to comply with... Wolf V. McDonnell, supra The due process clause. Also, 20 Ill. Adm. Code § 701.200 (2012) Which regulates the rules and regulation with regards to the pre-trial Detainee's Visitation policies. Therefore, liberty Intrest is created when a regulatory measure is being introduced.

Plaintiff understands that Pre trial Detainees rights are limited, He still maintain Constitutional Rights under Wolf V. McDonnell 418 U.S. 539; 94 S.Ct. 2963; 41 L Ed 2d 935 (1974)

(18)

# MEMORANDUM OF LAW

(unreasonable Restrictions on pre-trial Detainee's)
(telephonic Communications with Attorney's violates)
(established due Process guarantee's)                    )

U.S V. Royal - 2012 U.S. Dist Lexis 59514 (7th Cir 2012)
" The Sixth Amendment guarantees Anyone Accused of A
Crime the Right to have the Assistance of Counsel for
His defense"

May V. Sheahan - 226 F.3rd 876 (CA7th 2000)
HN3
" Numerous precedents Recognize A detainee's Right
Access to the Courts, Both As A general Matter And with
Respect to legal Assistance and participation ones case."
HN9
" In the prison Context, the Equal protection clause
of U.S Const. Amend. XIV Requires Inmates to be treated
Equally, unless unequal treatment bears a Rational Relation
to A legitimate Penal Interest."
HN11 " Differences In treatment Among Inmates in different
Confinement situations will support an Equal protection claim"

Tucker V. Sheriff Randall - 948 F.2nd 388 (CA7th 1991)
" Denying A pre-trail detainee Access to A telephone for
four (4) days would violate the Constitution In certain
Circumstances. The Sixth Amendment Right to counsel
would be Implicated if plaintiff was Not Allowed to talk
to His lawyer for the Entire four (4) day period "
(19)

Access to the courts

DREHER V. SielAFF — 636 F.2d 1411 (CA7th 1980)

HN1 " U.S. Constitution. AmendHent. XIV guaranTEES
MeaningFul AcceSS to Courts. The opportunity to
COMMunicaTE privately With An Attorney is an IHPortant
part of that Meaningful Access"

" ... An opportunity to Confer with Counsel is A
PARticular IMPortant Constitutional Right Which the Courts
Will not permit to Be unnEcessArily Abridged"

WilliAMS V. LANE — 851 F.2d 867 (CA7th 1987)
" under the Fourteenth Amendment prisnors Have the
due PROCESS Right to Adequate, effective, And MEANingful
Access to courts to challenge Violations of their
Constitutional Right, And this Access Neither mAy Be
denied nor Obstructed!

" A PRISON regulation Cannot Be Sustained when
the logical Connection Between the regulation and the
Asserted goal is so Remote As to Render the Policy
ARbitrary And IRRAtional. A prison Regulation that
INFRinges on InMate's Constitutional Rights is vAlid
onlY If It is Reasonably Related to legitimate
Penological INterest "

Johnson — el V. Schoemehl — 878 F.2d 1045
" Allowing only one AttorNey call every two weeks and
Counting calls As Made when the Attorney WAS Not Reached
IS " PAtently inadequate "

( 20 )

" The Ability of Counsel to Visit the Jail Can not Compensate for AN INMates INitial inability to ASK AN Attorney to Visit."

Divers V. DOC — 921 F.2d 191

" Allegation that prisoners were Permitted to telephone An Attorney, only if they had A Court Appearance Within 30 days, stated A claim"

Cluth V. —773 F. supp @ 1321

"Jails ARE obligated to facilitate Confidential And Privileged Contacts Between Detainees and outside Attorneys Authorized paralegals, legal organizations, government Agencies And courts, through Regular visits And Adequate use of telephones and mails."

Dawson V. Kendrick — 527 f. Supp 1252

" Failure to provide sufficient and regular telephone Service IN the Jail operates to deprive prisoners of their Right to have A reasonable opportunity to seek and receive the Assistance of Counsel"

Bell V. Wolfish et Al — 99 S. Ct. 1861

" UNder the due process Clause, A pre-trial Detainee MAY Not Be "punished" proior to AN Adjudication of guilt IN AccordANce with due process of law. A person lawfully

Committed to Pre-Trial detention HAs not Been Adjudged guilty of ANy CRiMe".

"...uNder the due process clause of the us. Constitution, pre-trial detainees could be subject to only those "Restrictions" And Privations that Inhered IN their confinement Itself OR that were justified By Compelling necessites of Jail Administration".

Also see:

A)[20] Illinois AdMinstrative Code - 525.150
Telephone PRivileges - In General

B) 20 Illinois Adminstrative Code - 504.660(d)
Administrative Detention Telephone Privileges

C) 20 Illinois Adminstrative Code - 701.190(d)

D)[20] Illinois Adminstrative code - 701.160
Allowable Discipline for pre-trial Detainees



(29)

## COUNT #1
### 42 U.S.C. § 1983

Plaintiff realleges and incorporates paragraph 1 through 23 ~~paragraph~~ upon information and belief, the actions of the officials, as alleged in the Complaint were done pursuant to one or more

independent or interrelated defacto policies, practices and customs of Cook County and/or the Cook County Sheriffs Office. and Violated Plaintiff Brooks Constitutional Right.

## COUNT #2
### 42 U.S.C. § 1983
Eighth, and fourteenth Amendment violation of Equal protection and the Due process Clause (conspiracy)

Plaintiff realleges and incorporate paragraphs 1 through 23

At all relevant times, plaintiff possessed a right under the 8th, and 14th Amendment to the Constitution of the united States to due process of the law, and Equal protection of the law.

At all relevant times, The Defendants accomplished an unlawful result through individual and/or concerted action, in that they agreed, through explicit or implicit means, to violate plaintiff's right to due process by depriving Plaintiff Equal protection of the law and inflicting unlawful Punishments on plaintiff

## COUNT
### 42 U.S.C. § 1983
Fourteenth Amendment - failure to INTERVENE
Plaintiff realleges and incorporate paragraphs 1 through 23

At all relevant times, plaintiff possessed a right under the Fourteenth Amendment to the Constitution of the united state to due process of law. During the events described in the complaint Defendant Miller, and Arce Stood by and failed to intervene to the due process and Equal Protection of the law violations which plaintiff was subjected to

As a proximate result of the failure of Director Miller, and Arce to intervene on behalf of, plaintiff to prevent the unconstitutional Violation against plaintiff rights despite the clear need and reasonable opportunity to do so the plaintiff has suffered and continues to suffer injuries of a personal and pecuniary nature.

## V.    Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff ask that all court cost be paid, plaintiff ask that he be awarded by each defendant Compensatory damages for defendand depriving plaintiff his Constitutional rights and inflicting punishment in the amount of $2000 thousand each. Plaintiff ask the Courts to also award Plaintiff Nominal damages in the amount of $2000 thousand each Defendant, Plaintiff also ask the courts to award plaintiff Punitive or exemplary damages to punish the defendants for their conduct in the amount of $5000 Thousand and and whatever the court deems proper.

VI.    The plaintiff demands that the case be tried by a jury. ☒ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __12__ day of __Aug__, 20__14__

_____

_____
(Signature of plaintiff or plaintiffs)

_Jermaine Brooks_
(Print name)

_JCDC#446974/CC.Doc#20110407064_
(I.D. Number)

Cook county Dept. of Corr.
P.O. Box 089002, Chicago, IL 60608
Jerome Comb Detention Center
3050 Justice way
Kankakee Il 60901
(Address)

(24)

Jermaine Brooks

V.

Victor Thomas et. 21

Declaration
Case # 13 C 5285

Honorable Judge
James B. zagel

Jermaine Brooks I hereby declares: That every statement in the

Complaint titled Brooks v. Thomas 13 C 5285
is true to the best of my knowledge every
word is True.

I declare under penalty of parjury that the forgoing is
true and correct executed at Kankakee, IL JCDC

#446974 / 20110407064

CERTIFICATE OF SERVICE
## Proof Of Service

I hereby Certify that on 8/12/14 I Jermaine Brooks Mailed the foregoing by putting it in the outgoing mail At ~~Kankakee County~~ Jail
J.C.DC. Kankakee

8/12/14