UNITED STATES DISTRICT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Jermaine Brooks

v.

Victor Thomas
Michael Miller
Frank Arce

**FILED**

JAN 15 2015  MB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

13 C 5285
13-CV-5285

Hon. James B. Zagel

Now comes Plaintiff, Jermaine Brooks by and through his Self Pro Se, and Pursuant to Rule 6(b)(1)(B) of the federal Rules of Civil Procedure State as follows:

1. On July 15, 2014 in accordance with the Court's Memorandum Opinion and order, Defendant's Motion for the Judgement on the Pleadings [29] was granted in Part and Denied in Part.

2. The Court received Plaintiff's Amended Complaint on August 27, 2014

3. Defendants asked the court to grant an extension of time intil October 21, 2014, for the defendants to file an answer to Plaintiff amended Complaint

4. Defendants filed a Reply 70 Days after the due date in which they asked the Court for extension of time intil october 21, 2014. but then turn around and go against their file due date 10/21/14
   defendants Motion to reply made after the time expired which defendants fail to act because of excusable Neglect.

5 Defendants by and through their Attorney shall not be excused because they fail to act of excusable neglect indefendants Motion for extension of time to Answer or otherwise Plead undersigned Counsel admit that he was anticipating for the Court to review Plaintiff's Complaint instead of Answer.

4) Plaintiff ask That the Honorable Court Dismiss defendants Motion to dismiss Plaintiff Amended Complaint with prejudice and order the Complaint to move foward for all the foregoing reasons explained in the motion.

Respectfully submitted,
JERMAINE BROOKS Pro se
for one self
P.O. Box 089002
Chicago, IL 60608

## CERTIFICATE OF SERVICE

I Jermaine Brooks under Penalty of PerJury
Put this document Motion to dismiss defendants
motion, and Notice of change of address in the mail
on 1-9-15 at Cook County Jail.

Submitted by
Jermaine Brooks